# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jose Martinez–Perez, et al.
          Plaintiff,

v.                 Case No.: 1:15–cv–01348
                Honorable Virginia M. Kendall

Magic Cellular, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2016:

  MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/14/2016. Defendant appeared pro se. Case dismissed without prejudice to become with prejudice on 5/12/2016. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.